RECEIVED
M Cassanova
MAR 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-50065-01 |
| VERSUS | * | 18 U.S.C. § 1012 |
| JANET MARIE ROBINSON | * | MAGISTRATE JUDGE HORNSBY |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about May 14, 2002, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Café USA, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

### COUNT TWO

On or about May 28, 2003, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the

defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Café USA, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

### COUNT THREE

On or about May 9, 2004, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Café USA and Southern Trace, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

### COUNT FOUR

On or about June 28, 2004, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Café USA and Southern Trace, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

## COUNT FIVE

On or about November 16, 2004, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Southern Trace, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

## COUNT SIX

On or about January 19, 2005, in the Western District of Louisiana, in a matter within the jurisdiction of the Department of Housing and Urban Development (HUD), a department of the executive branch of the United States, the defendant, JANET MARIE ROBINSON, did, with intent to defraud, knowingly and willfully make material false statements and representations, that is, the defendant failed to report her employment status accurately to HUD on a Personal Declaration Form, when in truth and fact, the defendant well knew that she was employed with Southern Trace, all in violation of Title 18, United States Code, Section 1012. [18 U.S.C. § 1012].

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

BY: *Allison D. Bushnell*
Allison D. Bushnell (La. Bar No. 27443)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068