

```
                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF LOUISIANA
                                   SHREVEPORT DIVISION

UNITED STATES OF AMERICA        *      CASE NO. 06-50065

                                *      JUDGE
VERSUS

JANET MARIE ROBINSON            *      MAGISTRATE JUDGE HORNSBY
       Defendant

AND

SOUTHERN TRACE COUNTRY CLUB
AND ITS SUCCESSORS OR ASSIGNS
       Garnishee
```

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Janet Marie Robinson, Social Security Number xxx-xx-4708, whose last known address is 139 Dalzell Street, Shreveport, LA 71104 in the above cited action in the amount of $14,786.00.

The sum of $800.00 has been credited to the judgment debt, leaving a total balance due of $13,986.00. Not less than 30 days have elapsed since demand for payment of the above stated debt was made upon the debtor, and debtor has failed to satisfy the debt.

The Garnishee and its successors or assigns is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, and said property is a non-exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:  Southern Trace Country Club, 200 Southern Trace Parkway, Shreveport, LA 71106.

                                        DONALD W. WASHINGTON
                                        UNITED STATES ATTORNEY

                                      By: _____
                                        John A. Broadwell - #1733
                                        Assistant United States Attorney
                                        300 Fannin Street, Suite 3201
                                        Shreveport, LA 71101-3068
                                        (318) 676-3622